UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTINA LYNNE WOODS,

                Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. C11-2134-RAJ

**ORDER AFFIRMING COMMISSIONER**

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    The Court **AFFIRMS** the decision of the Commissioner.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

DATED this 7th day of November, 2012.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

**ORDER AFFIRMING COMMISSIONER** - 1